IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE POMPA FERNANDEZ,<br><br>Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | No. CV-F-05-286 OWW<br>(No. CR-F-00-5209 OWW)<br><br>MEMORANDUM DECISION AND ORDER DENYING PETITIONER'S MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255 AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT FOR RESPONDENT |

On February 28, 2005, Petitioner filed a motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 based on *Blakely v. Washington,* 542 U.S. 296 (2004).

Petitioner pleaded guilty and was sentenced on April 8, 2002 to 192 months incarceration. Petitioner did not file a Notice of Appeal.

Petitioner's motion was not filed within the one-year

1

limitation period set forth in Section 2255.  As a general practice, Petitioner would be required to file an amended Section 2255 motion setting forth the facts upon which he relies in contending that his motion is timely filed or that he is entitled to equitable tolling.  Because, however, neither *Blakely v. Washington* nor *United States v. Booker*, 543 U.S. 200 (2005) are retroactive on collateral review, *United States v. Cruz*, 423 F.3d 1119 (9th Cir.2005), *cert. denied*, 546 U.S. 1155 (2006); *Schardt v. Payne*, 414 F.3d 1025 (9th Cir.2005), Petitioner is not entitled to relief even if his Section 2255 motion is determined to have been timely filed.

For the reasons stated:

1.  Petitioner Jose Pompa Fernandez's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 is DENIED;

2.  The Clerk of the Court is directed to enter JUDGMENT FOR RESPONDENT.

IT IS SO ORDERED.

**Dated:  July 8, 2008**              /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE